UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAPTIC, INC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC,<br><br>　　　　　　Defendant. | Case No.  25-mc-80114-KAW<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Judge Corley for consideration of whether the case is related to 24-cv-2296-JSC, *Haptic, Inc. v. Apple, Inc*.

　　　　**IT IS SO ORDERED.**

Dated: May 13, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge